UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Scott W. Charmoli and<br>Lynne M. Charmoli,<br>Debtors. | Case No. 22-24358-gmh<br>Chapter 11 (Subchapter V) |
| Major Dental Partners, LLC, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>Scott W. Charmoli,<br>Defendant. | Adv. No. 23-2001-gmh |

**STIPULATION TO DISMISS ADVERSARY PROCEEDING**

Major Dental Partners, LLC and Pako Major, by their attorneys, Beck Chaet Bamberger & Polsky, S.C., and Scott W. Charmoli, by his attorneys, Steinhilber Swanson LLP, enter into the following stipulation:

WHEREAS, on October 3, 2022, Scott W. Charmoli and Lynne M. Charmoli filed a petition for relief under chapter 11 of the Bankruptcy Code, commencing Case No. 22-24358-gmh (the "Bankruptcy Case").

WHEREAS, on December 29, 2022, Scott W. Charmoli removed to this Court a civil proceeding pending in Washington County Circuit Court styled as *Jackson Family Dentistry, LLC v. Major Dental Partners, LLC*, commencing Adv. No. 22-2136-gmh (the "Civil Proceeding").

WHEREAS, in the Civil Proceeding, Scott W. Charmoli sought damages against Jackson Family Dental, LLC arising from an alleged breach on an employment agreement, and Jackson Family Dentistry, LLC, which is wholly owned by Scott W. Charmoli, sought damages against

Major Dental Partners, LLC and Pako Major arising from an alleged default under a promissory note and guaranty agreement.

WHERAS, in the Civil Proceeding, Dental Partners, LLC and Pako Major sought damages against Scott W. Charmoli and Jackson Family Dentistry, LLC for an alleged breach of an asset purchase agreement, breach of the implied covenant of good faith, intentional misrepresentation, fraud in the inducement, and theft by fraud.

WHEREAS, on January 3, 2023, Major Dental Partners, LLC and Pako Major filed with this Court a complaint seeking a determination that their claims against Scott W. Charmoli were non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(2)(B), and (a)(6), commencing the above-captioned adversary proceeding.

WHEREAS, on March 13, 2023, Major Dental Partners, LLC and Pako Major filed proofs of claim in the Bankruptcy Case in which they each asserted an unsecured claim of $11,968,000.00.

WHEREAS, on April 5, 2023, this Court entered an order deeming Scott W. Charmoli's answer to the counterclaims filed by Major Dental Partners, LLC and Pako Major in the Civil Proceeding to be an objection to their proofs of claim, consolidated the claim objections with the Civil Proceeding, and set various pretrial deadlines.

WHEREAS, the parties subsequently agreed to submit their disputes to mediation with Michael J. Cohen of Meissner Tierney Fisher & Nichols, S.C. on July 28, 2023.

WHEREAS, following mediation, the parties determined to settle pending disputes between them and entered into that certain Settlement Agreement (the "Settlement Agreement") which provided that this proceeding would be dismissed without prejudice and with leave to reopen if Major Dental Partners, LLC does not receive payment in accordance with Paragraph 3 of the Settlement Agreement.

WHEREAS, on September 20, 2023, this Court entered an order approving the Settlement Agreement.

NOW THEREFORE, in accordance with the Settlement Agreement, the parties stipulate to entry of an order in the form attached hereto as **Exhibit A**, dismissing the above-captioned proceeding.

[signature page follows]

Dated: September 28, 2023.

**STEINHILBER SWANSON LLP**

By: /s/ Peter T. Nowak

Paul G. Swanson
James D. Sweet
Peter T. Nowak
107 Church Avenue
Oshkosh, WI 54901
pswanson@steinhilberswanson.com
jsweet@steinhilberswanson.com
pnowak@steinhilberswanson.com

*Counsel for the Plaintiffs*

Dated: September 27, 2023.

**BECK CHAET BAMBERGER & POLSKY, S.C.**

By: /s/ Devon J. Eggert

Devon J. Eggert
Two Plaza East, Suite 1085
330 W. Kilbourn Ave, Suite 1085
Milwaukee, Wisconsin 53202
Phone: (414) 390-5928
deggert@bcblaw.net

and

**GIMBEL, REILLY, GUERIN & BROWN, LLP**

Patrick J. Knight
Kristen N. Nelson
Two Plaza East, Suite 1170
330 E. Kilbourn Ave., Ste. 1170
Milwaukee, Wisconsin 53202
Phone: (414) 271-1440
pknight@grgblaw.com
knelson@grgblaw.com

*Counsel for the Defendants*

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
Scott W. Charmoli and
Lynne M. Charmoli,
Debtors.

Case No. 22-24358-gmh
Chapter 11 (Subchapter V)

`

Major Dental Partners, LLC, *et al.*,
Plaintiffs,

v.

Adv. No. 23-2001-gmh

Scott W. Charmoli,
Defendant.

**ORDER DISMISSING ADVERSARY PROCEEDING**

The parties filed a stipulation to dismiss this adversary proceeding. Based on the parties' stipulation and subject to the terms of the parties' settlement agreement filed in Case No. 22-24358-gmh, ECF No. 240 at 15–21:

IT IS HEREBY ORDERED that this adversary proceeding is dismissed without prejudice and the clerk is directed to close this adversary proceeding.

# # # # #