**Notwithstanding anything below, including the dismissal of this proceeding pursuant to the parties' settlement agreement, the court retains jurisdiction to enforce that agreement.**

So Ordered.

Dated: October 5, 2023

G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re:
Scott W. Charmoli and
Lynne M. Charmoli,
Debtors.

Case No. 22-24358-gmh
Chapter 11 (Subchapter V)

---

Major Dental Partners, LLC, *et al.*,
Plaintiffs,

v.

Adv. No. 23-2001-gmh

Scott W. Charmoli,
Defendant.

---

**ORDER DISMISSING ADVERSARY PROCEEDING**

---

The parties filed a stipulation to dismiss this adversary proceeding. Based on the parties' stipulation and subject to the terms of the parties' settlement agreement filed in Case No. 22-24358-gmh, ECF No. 240 at 15–21:

IT IS HEREBY ORDERED that this adversary proceeding is dismissed without prejudice and the clerk is directed to close this adversary proceeding.

# # # # #